UNITED STATES DISTRICT COURT
District of Maine

WILLIAM J. THUN
   Petitioner

v.

               **Civil No. 07-139-P-S

MAINE CORRECTIONAL CENTER,
SUPERINTENDENT,

   Defendant

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

  The United States Magistrate Judge filed with the Court on September 13, 2007, her Recommended Decision (Docket No. 10).  Plaintiff filed his Objection to the Recommended Decision (Docket No. 11) on September 21, 2007.

  I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

  1.  It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

  2.  Plaintiff's Petition for Write of Habeas Corpus (Docket No. 1) is **DENIED**.

            /s/George Z. Singal_____
            Chief U.S. District Judge

Dated:  September 24, 2007